BEFORE THE SECOND DIVISION

MARCH 4, 1958

**No. 61643.**—Nife, Inc. *v.* United States, protest 282861–K (New York).—

Abstract 61550. Order granted vacating decision and judgment promul-

gated February 11, 1958 (Abstract 61550), setting aside submission, with drawing supplemental memorandum, dated August 22, 1957, and resubmitting case for decision.